UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>        Defendants. | No. 2:20-cv-1123 CKD P<br><br><br>ORDER |

    Plaintiff has requested leave to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's complaint (ECF No. 1) is dismissed; and

    2. Plaintiff is granted thirty days to file an amended complaint. As to the contents of the amended complaint, plaintiff should refer to the court's December 17, 2020 order. Further, the amended complaint must comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint." Failure to file an

/////

/////

/////

/////

1

amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated: January 21, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
glas1123.lta

2