UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

          Plaintiff,

   v.

CDCR, et al.,

          Defendants.

No.  2:20-cv-1123 KJM CKD P

ORDER

Plaintiff has filed a motion for an extension of time to file and serve objections to the court's September 23, 2021 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

   1.  Plaintiff's motion for an extension of time (ECF No. 27) is granted; and

   2.  Plaintiff shall file and serve his objections on or before December 20, 2021.

Dated:  November 23, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
glas1123.36(3)