1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      DONALD GLASS,                                   No.  2:20-cv-1123 KJM CKD P

12                          Plaintiff,

13              v.                                      ORDER

14      CDCR, et al.,

15                          Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 23, 2021, the magistrate judge filed findings and recommendations, which

21   were served upon plaintiff and which contained notice that any objections to the findings and

22   recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the

23   findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26   findings and recommendations to be supported by the record and by proper analysis.

27   /////

28   /////

                                                    1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed September 23, 2021, are adopted in full;

3        2.  All claims and defendants other than 1) claims arising under the Eighth Amendment

4    against defendants Dania, Musgrave and Temple for either causing plaintiff not to receive or

5    denying plaintiff any food for a period of 4 days and 2) claims arising under the First Amendment

6    based upon retaliation for protected conduct against defendants Dania, Musgrave and Temple are

7    dismissed;

8        3.  Plaintiff's request for judicial notice in his December 20, 2021 objections to the

9    magistrate judge's findings and recommendations is denied; and

10       4.  This matter is referred back to the assigned magistrate judge for all further pretrial

11   proceedings.

12   DATED:  October 26, 2022.

13

14   _____
     CHIEF UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2