UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>            Plaintiff,<br><br>      v.<br><br>CDCR, et al.,<br><br>            Defendants. | No.  2:20-cv-1123 DJC CKD P<br><br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file an opposition to defendants' motion for summary judgment pursuant to the court's order of January 29, 2024. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 53) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' motion for summary judgment.  Failure to file an opposition will result in a recommendation that this action be dismissed.

Dated:  April 16, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
glas1123.36sec