1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONALD GLASS,                           No.  2:20-cv-1123 DJC CKD P

12              Plaintiff,

13         v.                                 ORDER

14    CDCR, et al.,

15              Defendants.

16

17         Plaintiff has filed his third request for an extension of time to file an opposition to

18    defendants' motion for summary judgment pursuant to the court's order of January 29, 2024.

19    Good cause appearing, the request will be granted, IT IS HEREBY ORDERED that:

20         1.  Plaintiff's motion for an extension of time (ECF No. 53) is granted; and

21         2.  Plaintiff is granted thirty days from the date of this order in which to file and serve an

22    opposition to defendants' motion for summary judgment.  Failure to comply with this order will

23    result in a recommendation that this action be dismissed.

24    Dated:  May 28, 2024

25                                        _____
                                          CAROLYN K. DELANEY
26                                        UNITED STATES MAGISTRATE JUDGE

27    1/ks
      glas1123.36sec(2)
28