UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | No. 2:20-cv-1123 DJC CKD P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 28, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that objections could be filed.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 28, 2024, are adopted in full; and

2. Defendants' motion for summary judgment (ECF No. 46) is granted with respect to plaintiff's remaining Eighth Amendment claims and denied with respect to plaintiff remaining First Amendment claims.

3. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **December 20, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE